*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





# MEMORANDUM OPINION

No. 04-12-00028-CV

Daniel **ONATE** and Connie Mar,
Appellant

v.

Maria De Jesus **ONATE**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 348089
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  April 4, 2012

JOINT MOTION TO DISMISS GRANTED; APPEAL DISMISSED

The parties filed a joint motion to dismiss this appeal.  We grant the motion.  *See* Tex. R.

App. P.  42.1(a)(1).   We order all costs assessed against appellants.   *See* Tex. R. App. P.

42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM